IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-001713-REB-PAC

EMERSON FALLICE CALVERT,

      Plaintiff(s),

v.

ROBERT J. SAFRANEK,
STANLEY BRINKLEY,
DONALD L. BLAKE,
GARY BEEDY,
THEODORE L. LYONS,
STEVE BURGESS,
RODANA L. DEVERS, and
LEROY YOWELL,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that to clarify the record, the Motion for Attorney Fees and Costs dated December 12, 2005 (doc. 33) was granted during the March 13, 2006 hearing.

Dated:  March 21, 2006