IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-001713-REB-PAC

EMERSON FALLICE CALVERT,

      Plaintiff(s),

v.

ROBERT J. SAFRANEK,
STANLEY BRINKLEY,
DONALD L. BLAKE,
GARY BEEDY,
THEODORE L. LYONS,
STEVE BURGESS,
RODANA L. DEVERS, and
LEROY YOWELL,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Defendant Stanley Brinkley's Motion for Order Declaring Notice Lis Pendens, Prowers County Registrar No. 508959, Invalid and Released dated June 7, 2006 (doc. 92) is granted.  The Notice of Lis Pendens, filed in Prowers County as Registrar No. 508959, is invalid and released nunc pro tunc November 21, 2005.

Dated:  June 8, 2006